1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

9

10 | JANEEN DEIBERT,

Civil No. 3:20-CV-05876-RSM

11 |     Plaintiff,

12 |     vs.

ORDER

13 | COMMISSIONER OF SOCIAL SECURITY,

14 |     Defendant.

15       Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be

16 amended as follows:

17       Defendant shall have up to and including November 30, 2020, to file a response to

18 Plaintiff's Complaint, including the certified administrative record. If the certified administrative

19 record becomes available to the Office of the General Counsel before the aforementioned date,

20 the record may be filed earlier, if acceptable to both parties.

21       If the Commissioner is unable to file the certified administrative record by that date, the

22 Commissioner shall file another motion for extension every 28 days until the certified

23 administrative record becomes available.

Page 1     ORDER - [3:20-CV-05876-RSM]

DATED this ___3rd___ day of ___November___ 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Summer Stinson
SUMMER STINSON
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3704
Fax:  (206) 615-2531
summer.stinson@ssa.gov