UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JANEEN DEIBERT, | Civil No. 3:20-CV-05876-RSM |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

Defendant shall have up to and including December 28, 2020, to file a response to Plaintiff's Complaint, including the certified administrative record. If the certified administrative record becomes available to the Office of the General Counsel before the aforementioned date, the record may be filed earlier, if acceptable to both parties.

If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

1

    DATED this   1st    day of    December      2020.

2

3                                            _____
                                             RICARDO S. MARTINEZ
4                                            CHIEF UNITED STATES DISTRICT JUDGE

5

6

  Presented by:

7

  s/ Summer Stinson
8 SUMMER STINSON
  Special Assistant United States Attorney
9 Office of the General Counsel
  Social Security Administration
10 701 Fifth Avenue, Suite 2900 M/S 221A
  Seattle, WA 98104-7075
11 Telephone: (206) 615-3704
  Fax: (206) 615-2531
12 summer.stinson@ssa.gov

13

14

15

16

17

18

19

20

21

22

23

Page 2       ORDER - [3:20-CV-05876-RSM]