1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JANEEN DEIBERT, | Civil No. 3:20-CV-05876-RSM |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

12

13

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

14

15

16

17

Defendant shall have up to and including February 22, 2021, to file a response to Plaintiff's Complaint, including the certified administrative record. If the certified administrative record becomes available to the Office of the General Counsel before the aforementioned date, the record may be filed earlier, if acceptable to both parties.

18

19

20

If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

21

DATED this 26th day of January, 2021.

22

23

24

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 1        ORDER - [3:20-CV-05876-RSM]

1

Presented by:

2

s/ Summer Stinson

3  SUMMER STINSON
   Special Assistant United States Attorney

4  Office of the General Counsel
   Social Security Administration

5  701 Fifth Avenue, Suite 2900 M/S 221A
   Seattle, WA 98104-7075

6  Telephone:  (206) 615-3704
   Fax:  (206) 615-2531

7  summer.stinson@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24